Tel. (201) 242-1110 • Mob. (201) 394-5617 • Fax (973) 302-8189

**Paul Diamond, Esq.**
1605 John Street, Suite 102
Fort Lee, NJ  07024

Hon. Dennis M. Cavanaugh, U.S.D.J.
United States District Court for the District of New Jersey
Post Office Building and Courthouse
50 Walnut Street
Newark, NJ 07101

VIA CM/ECF

November 17, 2010

    **Re:**    *Diamond v. Hanesbrands, Inc.*, Civil Action No. 2:10-cv-03101-DMC-JAD

Dear Judge Cavanaugh,

        I am the Relator *Pro Se* in the above referenced action.  I write to bring to the Court's attention a recent opinion in this district, *International Development, LLC v. Richmond*, 2010 U.S. LEXIS 106003, Civil Action No. 3:09-cv-02495-GEB-DEA (D.N.J. October 4, 2010)(Exhibit 1 hereto), which addresses the issue of sufficiency of pleading a false patent marking claim where it is alleged, as here, that the subject, *un*expired patent does not cover the marked product.

        *International Development* was only decided October 4, 2010, the same day Relator's Opposition to Defendant's Motion to Dismiss, Transfer or Stay was due and filed.

                             Respectfully Submitted,

                             Paul Diamond, Esq.
                             Relator, *Pro Se*

cc:     Hon. Joseph A. Dickson, U.S.M.J
          Counsel for Defendant, Hanesbrands, Inc. (via email)